IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:     JAMES W. FINCH,<br>              Debtor | CASE NO: 4:21-bk-12472 J<br>Chapter 13 |

### ORDER

Before the Court is the Motion to Dismiss Case for Failure to Cure Deficiencies filed by Joyce Bradley Babin, Chapter 13 Standing Trustee, on October 20, 2021, Docket Entry 20. The Motion was set for hearing on November 3, 2021. However, prior to the hearing, the Motion was resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Motion to Dismiss is **WITHDRAWN** upon the condition that the Debtor cures all deficiencies within fourteen (14) days of entry of this Order. If the Debtor fails to comply with the condition stated in this Order, the case will be dismissed without further notice or hearing upon submission of an Order.

**IT IS SO ORDERED**.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 01/25/2022

Approved by:

 /s/ Matthew D. Mentgen
Matthew D. Mentgen, Esq.


cc:     James W. Finch, Debtor
        Matthew D. Mentgen, Attorney for Debtor
        Joyce Bradley Babin, Trustee

EOD: January 25, 2022