# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: admin | Date Created: 1/25/2022 |
| Case: 4:21–bk–12472 | Form ID: pdf06Ac | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
tr      Joyce Bradley Babin      ecfmail@13ark.com
aty      Matthew David Mentgen      matthew@mentgenlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      James W Finch      1712 Liberty      Benton, AR 72015

TOTAL: 1