IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     JAMES W. FINCH,                     CASE NO: 4:21-bk-12472 J
                 Debtor                                                                        Chapter 13

## ORDER

Before the Court is the Objection to Confirmation of Plan ("Objection") filed by Joyce Bradley Babin, Chapter 13 Standing Trustee, on June 27, 2022, Docket Entry 96. The Objection was set for hearing on July 26, 2022. However, prior to the hearing, the Objection was resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Objection to Confirmation of Plan is **WITHDRAWN** upon the conditions that, within twenty-eight (28) days of entry of this order, (1) the Debtor files amended Schedules I and J; and (2) the Debtor provides a copy of his 2018, 2019, 2020 and 2021 tax returns or transcripts thereof to the Trustee. If the Debtor fails to comply with the conditions described in this Order, the case may be dismissed without further notice or hearing upon the submission of an Order.

       **IT IS SO ORDERED**.

*Phyllis M. Jones* (signature)

Phyllis M. Jones
United States Bankruptcy Judge
Dated: 08/08/2022

Approved:

/s/ Matthew D. Mentgen
Matthew D. Mentgen, Esq.

cc:     James W. Finch, Debtor
        Matthew D. Mentgen, Attorney for Debtor
        Joyce Bradley Babin, Trustee