IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:       JAMES W. FINCH,<br>Debtor | CASE NO: 4:21-bk-12472 J<br>Chapter 13 |

### ORDER

Before the Court is the Motion to Dismiss ("Motion") filed by Joyce Bradley Babin, Chapter 13 Standing Trustee, on September 12, 2022, Docket Entry 102. The Motion was set for hearing on September 29, 2022. However, prior to the hearing, the Motion was resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Motion to Dismiss is **WITHDRAWN** upon the conditions that, within twenty-eight (28) days of entry of this Order, (1) the Debtor provides a copy of his 2018, 2019, 2020 and 2021 tax returns or transcripts thereof to the Trustee and (2) the Debtor files amended schedules I and J. If the Debtor fails to comply with the conditions stated in this Order, the case will be dismissed without further notice or hearing upon submission of an Order.

**IT IS SO ORDERED**.

Phyllis M. Jones
United States Bankruptcy Judge
Dated: 10/13/2022

Approved by:

 /s/ Matthew D. Mentgen
Matthew D. Mentgen, Esq.

cc:     James W. Finch, Debtor
        Matthew D. Mentgen, Attorney for Debtor
        Joyce Bradley Babin, Trustee